**Alejandro DE DIOS–DE LA CRUZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72884.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2006.\*

Filed April 19, 2006.

Raul R. Labrador, Labrador Law Offices, Nampa, ID, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service, Office of the District Counsel, Seattle, WA, OIL, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

We have reviewed the petition for review, petitioner's response to the motion for summary affirmance, and the record. Respondent's motion for summary disposition is granted because the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Immigration Judge is not required to give petitioner an indefinite continuance when it would serve no purpose. *De la Cruz v. INS,* 951 F.2d 226, 229 (9th Cir.1991). Accordingly, this petition for review is denied.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

